**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

ANGELIA SWANSON,

      Plaintiff,

v.                                                  Case No.   3:17-cv-931-J-34JBT

SELECT PORTFOLIO
SERVICING, INC.,

      Defendant.

---

**O R D E R**

    **THIS CAUSE** is before the Court on the Notice of Settlement (Dkt. No. 32; Notice) filed on January 19, 2018.   In the Notice, Plaintiff advises the Court that the parties have reached a settlement.   See Notice at 1.   Accordingly, it is hereby

    **ORDERED:**

1.    The parties shall have until **March 19, 2018**, to file a joint stipulation of dismissal or other appropriate documents to close out this file.

2.    If the parties have not filed settlement pleadings or a request for additional time by the **March 19, 2018**, deadline, this case will automatically be deemed to be dismissed without prejudice.

3.      The Clerk of the Court is directed to terminate all pending motions and

administratively close this case pending further Order of the Court.

**DONE AND ORDERED** in Jacksonville, Florida this 22nd day of January, 2018.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record